In the Matter of Administration of the Estate of AMALIA KOHLER, Deceased. WILLIAM GRAF, as Administrator, etc., of AMALIA KOHLER, Deceased, Appellant; EDMOND G. DUPREE and Another, Respondents.— Decree of the Surrogate's Court of Nassau county directing that the administrator deliver certain personal property to respondents unanimously affirmed, with costs to respondents, payable out of

the estate. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.